UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR TAYLOR,

    Plaintiff,

v.

SPEEDWAY, LLC,

A Foreign for Profit Limited
Liability Company,

    Defendant.

Case No. 18-cv-00712

The Honorable Gordon J. Quist

_____/

**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND REGARDING THE PARTIES' INTENT TO MEDIATE, AND STAY OF PROCEEDINGS**

This matter having come before the Court upon stipulation of Plaintiff, Omar Taylor ("Plaintiff"), and Defendant Speedway LLC ("Speedway"), and the Court otherwise being fully advised in the premises:

IT IS HEREBY ORDERED that the Default – Request, Affidavit, and Entry, entered on June 25, 2018 is set aside for good cause pursuant to Rule 55 of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED that the Parties will work toward a resolution of this case and will take all steps necessary to promptly schedule and participate in

non-binding mediation.  The parties will notify the Court within 60 days regarding the result of mediation or other settlement negotiations.

    IT IS HEREBY ORDERED that a stay of discovery and all other proceedings will be in effect for 60 days in order for the Parties to continue with settlement negotiations, including possible mediation.

    SO ORDERED.

                      /s/ Gordon J. Quist
                      Honorable Gordon J. Quist

Dated:  July 6, 2018

The Parties, by their respective counsel, hereby stipulate to entry of the foregoing Order.

|  |  |
|---|---|
|  | MICHIGAN HEALTH LAWYERS PLLC<br>Attorneys for Plaintiff |
| Dated:  July 3, 2018 | By:  /s/ *Nicholas V. Dondzila*<br>    Nicholas V. Dondzila (P73937)<br>    7125 Headley Street SE<br>    P.O. Box 966<br>    Ada, MI 49301<br>    (T): 616-970-0931 |
|  | MILLER, CANFIELD, PADDOCK and STONE, PLC<br>Attorneys for Defendant |
| Dated:  July 3, 2018 | By:  /s/ *Amy M. Johnston*<br>    Amy M. Johnston (P51272)<br>    Andrew T. Blum (P58881)<br>    150 West Jefferson, Suite 2500<br>    Detroit, MI 48226<br>    T:  (313) 963-6420 |